### 24834.   FOSKY *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted of assault with intent to
murder.   The evidence amply authorized the verdict, and the court did
not err in overruling the motion for a new trial, based upon the general grounds only.

> *Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*
> DECIDED MAY 21, 1935.

*R. N. Odum, B. D. Dubberly,* for plaintiff in error.
*J. P. Dukes, solicitor-general,* contra.